ELLIOT ENOKI
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2001

at __12__ o'clock and __10__ min __P__ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00409 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SUPERSEDING INDICTMENT |
| | ) | [21 U.S.C. §841; |
| GIANG DINH PHAM         (01) | ) | 18 U.S.C. §2; |
| LOAN MY LE TRAN         (02) | ) | 18 U.S.C. §471] |
|     a/k/a: "Mulan" | ) | |
| | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about September 19, 2001, in the District of Hawaii, GIANG DINH PHAM and LOAN MY LE TRAN, a/k/a "Mulan", the defendants, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code Section 2.

## COUNT 2

The Grand Jury further charges:

On or about July 6, 2001, in the District of Hawaii, GIANG DINH PHAM, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about July 19, 2001, in the District of Hawaii, GIANG DINH PHAM and LOAN MY LE TRAN, a/k/a "Mulan", the defendants, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 4

The Grand Jury further charges:

On or about August 3, 2001, in the District of Hawaii, GIANG DINH PHAM, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 5

The Grand Jury further charges:

On or about August 7, 2001, in the District of Hawaii, GIANG DINH PHAM, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

//
//
//
//
//

## COUNT 6

The Grand Jury further charges:

On or about September 19, 2001, in the District of Hawaii, GIANG DINH PHAM, the defendant, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (B)(1)(C).

## COUNT 7

The Grand Jury further charges:

On or about September 19, 2001, in the District of Hawaii, GIANG DINH PHAM, did knowingly, with intent to defraud, falsely make, forge, and counterfeit securities of the United States.

//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 471 and 2.

DATED: December 6, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

USA v. Pham, et. al
"Superseding Indictment"
Cr. No. 01-00409 HG

5