EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 07 2003

at __ o'clock and __ min __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00409 HG |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| GIANG DINH PHAM,    (01) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against GIANG DINH PHAM on the ground(s) that the defendant pled guilty to an Information on October 11, 2002.

      The defendant is in custody on the dismissed charge(s) listed above.

      DATED: August **5**, 2003, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                    By _/s/ Kenneth M. Sorenson_
                        KENNETH M. SORENSON
                        Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_HELEN GILLMOR_
UNITED STATES DISTRICT JUDGE

UNITED STATES v. GIANG DINH PHAM
Cr. No. 01-00409-01 HG
"Order for Dismissal"

2