Case 1:01-cr-00409-HG-HG   Document 119   Filed 12/27/2005   Page 1 of 1
---

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 22 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GIANG DINH PHAM,<br><br>Defendant - Appellant. | No. 05-15990<br><br>D.C. No. CV-04-00542-HG<br>CR-01-00409-HG<br>Hawaii<br>(Honolulu)<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

Before: SILVERMAN and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions and requests are denied.

C:\GYC\Dec 2005 COA\05-15990(2255).wpd



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 22 2005

by: *[signature]*
Deputy Clerk