

88369-022
Federal Correctional Institution
P.O. Box 3007
Terminal Island, CA. 90751

Clerk, U.S. District Court
District of Hawaii
Constitutional Article III Judicial Dep
300 Ala Moana Blvd. Room C-
Honolulu Hawaii 96850