PROOF OF SERVICE
==

I, _Gianh Dinh Pham_, do hereby certify that _3ea._ true and correct copy of the foregoing "_REQUEST FOR RELIEF FROM VOID JUDGMENT PURSUANT F.R.C.P. 60(b)(4)&(6)_" was served upon the interested parties as follows:

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII
CONSTITUTIONAL ARTICLE III JUDICIAL DEPARTMENT
300 Ala Moana Boulevard, Rm. C-338
Honolulu, Hawaii 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Via U.S. Mail, postage prepaid, first class, by placing same in the Mail Depositry located at Terminal Island Federal Correctional Institution, 1299 Seaside Avenue, San Pedro, California on _December 30th_, 2005.

Dated this _30th_ day of _December_, 2005

GIANH DINH PHAM
Federal Reg. [#88369-022]
Federal Correctional Institution
P.O. Box 3007   Unit "F"
Terminal Island, [CA]  [90731]

*Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988) upon the defendant/defendants and/or his attorney/attorneys of record by placing same in a sealed, postage prepaid.